IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREEM DAWUD FARRAKHAN, | ) | Case No. 8:04cv133 |
| | ) | Case No. 8:05cv444 |
| Plaintiff, | ) | Case No. 8:06cv317 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

A settlement between the parties was reached during the settlement conference with the undersigned magistrate judge. Therefore,

**IT IS ORDERED:**

1. On or before **August 18, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 18th day of July 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge