**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **KAREEM DAWUD FARRAKHAN,** | ) | **CASE NO. 8:04CV133** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **CITY OF OMAHA PLANNING DEPT.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to filing no. 102, Stipulation for Dismissal of the Parties, dated the 26th day of July, 2006, the above referenced matter is dismissed with prejudice.

IT IS ORDERED:

1. That the Stipulation is approved and the relief requested is granted;

2. The Amended Complaint and all other claims are dismissed with prejudice; and

3. The parties will bear their own costs and fees.

DATED this 31st day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge