IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREEM DAWUD FARRAKHAN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:04CV133 |
| ) | |
| v. ) | |
| ) | |
| CITY OF OMAHA PLANNING DEPT., ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on plaintiff's Motion for Leave to Withdraw Original Photographs. (Filing No. 101). In his motion plaintiff asks to withdraw the approximately 7-10 original photographs submitted with the filing of the complaint in this matter, and the approximately 25-40 original photographs submitted in support of plaintiff's motion for a temporary injunction filed on October 14, 2004. The parties have filed a Joint Stipulation to dismiss this case with prejudice (filing no. 102) and defendant has informed the court that it does not object to the plaintiff's motion to withdraw the original photographs. Accordingly, the plaintiff's motion is granted.

IT IS ORDERED:

　　1. That the plaintiff's Motion for Leave to Withdraw Original Photographs (Filing No. 101) is granted.

　　2. The Clerk of Court is directed to mail all original photographs submitted with plaintiff's complaint (filing no. 1), and all original photographs submitted with plaintiff's Motion for a Temporary Injunction (filing nos. 39 & 40) to the plaintiff at his last known address. The clerk is directed to include with the photographs a copy of a receipt indicating

that the photographs have been returned and a self addressed envelope.  Upon receipt of the photographs, plaintiff is directed to sign and return the receipt in the self addressed envelope to the clerk of court.

     3.  It is plaintiff's duty to maintain the photographs in the same condition with which the photographs were submitted to the court until all appeal time has lapsed.

     DATED this 31st day of July, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge